IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY MARKIECE JACKSON,
    Plaintiff,

vs.                                                Case No. 3:11cv22/MCR/EMT

WALTER McNEIL, et al.,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

       By order of this court dated January 21, 2011, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $10.50 (Doc. 4).  That time has elapsed, and Plaintiff has failed to pay the initial partial filing fee.

       Accordingly, it is **ORDERED**:

       1.     Within **TWENTY-ONE (21) DAYS** from the date of docketing of this order Plaintiff shall show cause, if any, why this case should not be dismissed for failure to comply with an order of the court.

       2.     Plaintiff's failure to respond to this order will result in a recommendation of dismissal of this action.

       **DONE AND ORDERED** this 1st day of March 2011.


                                               /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**