IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY MARKIECE JACKSON,
    Plaintiff,

v().                      Case No.: 3:11cv22/MCR/EMT

WALTER McNEIL, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2012 (doc. 29).  The court has made three attempts to provide plaintiff with a copy of the Report and Recommendation by mail to different addresses.  Each attempt has been returned as undeliverable.  Having no other address for the plaintiff, and no objections on file, the court has proceeded to make a *de novo* review of the recommendation and finds that it is due to be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for Plaintiff's failure to comply with a court order and for Plaintiff's failure to exhaust his administrative remedies prior to filing suit.

    **DONE AND ORDERED** this 18th day of May, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**